**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

JUAN CARLOS RIVERA,                                                              PLAINTIFF
ADC #130143

v.                                    No. 4:11CV00312 JLH-JJV

BRUCE PENNINGTON, Sheriff,
Saline County Detention Facility                                               DEFENDANT

<u>**JUDGMENT**</u>

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered,

Ordered and Adjudged that this case be, and it is hereby DISMISSED without prejudice for failure

to prosecute.  The relief sought is denied.

IT IS SO ADJUDGED this 16th day of June, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE